# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No.    3:02-cr-00128-7 |
| v. | ) | |
| | ) | |
| EDGAR OMAR GARCIA | ) | |

## MOTION TO DISMISS

The United States of America, by and through Donald Q. Cochran, United States Attorney for the Middle District of Tennessee, and Assistant United States Attorney Brent A. Hannafan, hereby moves to dismiss this case with prejudice against defendant Garcia.

This case was indicted in 2002.   This Court administratively closed the case against defendant in April 2017.   The United States does not have any information on defendant's location, does not expect he will be arrested in the near future, and would face challenges in prosecuting this defendant at trial due to the lapse in time since indictment.   Given those circumstances, the United States hereby moves to dismiss this case with prejudice.

Respectfully submitted,

DONALD Q. COCHRAN
United States Attorney
Middle District of Tennessee

 /s Brent A. Hannafan
Brent A. Hannafan
Assistant United States Attorney
110 Ninth Avenue South, Suite A-961
Nashville, Tennessee 37203-3870
Telephone: (615) 736-5151